```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION


ANTHONY MONTGOMERY,            :
                               :
     Plaintiff,                :
                               :
v.                             :           CIVIL ACTION 05-0187-M
                               :
JO ANNE B. BARNHART,           :
                               :
     Defendant.                :
```

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Anthony Montgomery and against Defendant Jo Anne B. Barnhart.

DONE this 23rd day of September, 2005.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE